**FILED**

MAY 17 2024

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
       DEPUTY CLERK

# United States District Court
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America ) <br> vs. ) <br> Yvette Gallegos ) | Case No. 1:21-CR-00095-NODJ-BAM-8 |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Yvette Gallegos_____, have discussed with _____Ryan Beckwith_____, Pretrial Services Officer, modifications of my release conditions as follows:

1. You must participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, or individual specialized treatment, as determined by the pretrial services officer. You must pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer.

I consent to this modification of my release conditions and agree to abide by this modification.

*Yvette Gallegos*                       05/07/2024            *Ryan Beckwith*                May 7, 2024
Yvette Gallegos (May 7, 2024 19:19 PDT)
**Signature of Defendant**            **Date**               **Pretrial Services Officer**   **Date**

I have reviewed the conditions and concur that this modification is appropriate.

*Arin C. Heinz*                                                                May 6, 2024
**Signature of Assistant United States Attorney**                              **Date**
Arin Heinz

I have reviewed the conditions with my client and concur that this modification is appropriate.

*Roger Wilson*                                                                 May 7, 2024
**Signature of Defense Counsel**                                               **Date**
Roger Dale Wilson

## ORDER OF THE COURT

☑ The above modification of conditions of release is ordered, to be effective on __May 16, 2024__.

☐ The above modification of conditions of release is *not* ordered.

_____
Signature of Judicial Officer
cc:   U.S. Attorney's Office, Defense Counsel, Pretrial Services

**May 16, 2024**
Date