1  PHILLIP A. TALBERT
   United States Attorney
2  ARIN C. HEINZ
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                       EASTERN DISTRICT OF CALIFORNIA
10

11 UNITED STATES OF AMERICA,            CASE NO. 1:21-cr-00095-NODJ-BAM-8

12                     Plaintiff,
                                        **STIPULATION AND ORDER**
13             v.

14 YVETTE GALLEGOS,

15                     Defendant.

16

17                              **STIPULATION**
        COMES NOW, Defendant, YVETTE GALLEGOS, by and through her attorney of record, Mr.
18
   Roger Wilson, and The United States of America, hereby stipulate as follows:
19
        1. By previous order, this matter was set a change of plea on August 12, 2024. Dkt 248.
20
   However, Mr. Wilson has a conflict with this change of plea date. He will be in trial from July 16
21
   through August 23,2024 for a complex case involving ninety-seven counts of sexual assault.
22
        2. Mr. Wilson also requires additional time to receive a signed plea back from his client and
23
   finalize the plea. As such, the parties request the next available change of plea date, which is **August 26,**
24
   **2024**. This will allow the parties sufficient time to finalize the plea.
25
        3. The parties further request that the Court exclude time from August 12,2024 until August 26,
26
   2024. Exclusion of time is necessary to ensure continuity of counsel and to ensure counsel has sufficient
27

28

STIPULATION TO CONTINUE SENTENCING        1
HEARING; ORDER

time to review, investigate, and advise his client of the terms of the plea agreement. August 26, 2024, is the earliest date that the parties are available and the Court is available.

4. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period between August 12, 2024 until August 26, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv), because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial. The government does not object to and joins in this request.

IT IS SO STIPULATED.

Dated:  July 15, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ ARIN C. HEINZ
ARIN C. HEINZ
Assistant United States Attorney

Dated:  July 15, 2024

/s/ ROGER WILSON
ROGER WILSON
Counsel for Defendant
YVETTE GALLEGOS

## ORDER

IT IS SO FOUND AND ORDERED.

Dated: July 17, 2024

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE