(SPACE BELOW FOR FILING STAMP ONLY)

**ROGER D. WILSON SBN: 192207**
**LAW OFFICE OF ROGER D. WILSON**
2300 Tulare Street, Suite 250
Fresno, California 93721
Telephone: (559) 233-4100
roger@wilson-law.com

Attorney for Defendant  YVETTE GALLEGOS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>YVETTE GALLEGOS,<br><br>Defendant. | Case No.: **1:21-cr-00095-NODJ-BAM-8**<br><br>STIPULATION CONTINUING SENTENCING; AND ORDER<br><br>Date: February 10, 2025<br>Time: 8:30 a.m.<br>Courtroom: 5 |

    Defendant YVETTE GALLEGOS, by and through her counsel of record, ROGER D. WILSON, and Plaintiff United States of America, by and through its counsel of record ARIN HEINZ, Assistant U.S. Attorney, hereby as follows:

1. By previous order, this matter was set for sentencing on February 10, 2025.

2. By this stipulation, defendant now moves to continue sentencing until April 7, 2025, and to exclude time between February 10, 2025, and April 7, 2025, under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4].

3. The parties agree and stipulate, and request that the Court find the following:

   a. On August 26, 2024, the defendant pled guilty to Count One, a violation of Title 21 U.S.C. § 841(a)(1)(b)(1)(C) – Possession with Intent to Distribute Methamphetamine.

b. Counsel for defendant desires additional time to due to a scheduling conflict involving a jury trial in Fresno County Superior Court that begins February 3 and will continue through February 14, 2025.

c. Counsel for the defendant believes that failure to grant the above requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d. The government does not object the continuance.

IT IS SO STIPULATED.

DATED: January 24, 2025 /s/ Arin Heinz
ARIN HEINZ
Assistant United States Attorney

DATED: January 24, 2025 /s/ Roger D. Wilson
ROGER D. WILSON
Attorney for Yvette Gallegos

--o0o--

**O R D E R**

IT IS SO ORDERED that the sentencing hearing is continued from February 10, 2025, to **April 7, 2025, at 8:30 a.m. in Courtroom 5 before the District Court Judge**.

IT IS SO ORDERED.

Dated:     **January 29, 2025**                    /s/ Barbara A. McAuliffe
                                                   UNITED STATES MAGISTRATE JUDGE